Google Maps  800 Red Mills Rd





# 800 Red Mills Rd
Wallkill, NY 12589



EXHIBIT A

Case 3:19-cv-00162-KAC-DCP   Document 22-1   Filed 12/03/19   Page 1 of 5   PageID #: 75

## Google Maps  Watchtower Farms





## Watchtower Farms

4.9 ★★★★★ (1,674)
Religious organization








✕

Get Jacqueline Dawes's background check

# Jacqueline A Dawes

Age 60s
Monitor
on
off

## Current addresses

800 S Gay St Ste 2121 Knoxville TN 37929-9711
Neighborhood: Downtown Knoxville

800 Red Mills Rd Wallkill NY 12589-3281

## Previous Locations

Knoxville, TN
Sevierville, TN
Delray Beach, FL
Boynton Beach, FL

## Family & relatives

Shayla J King
Kim J Quarterman
Jonathan Mark Dawes
Kevin Brent Quarterman I
Chloe Dawes

## Looking for a different Jacqueline?

Jacqueline Diaz
Jacqueline Lynn Diaz

© 2019 Whitepages Inc.


EXHIBIT D

Case 3:19-cv-00162-KAC-DCP   Document 22-1   Filed 12/03/19   Page 5 of 5   PageID #: 79